V#104 #128805

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED
2010 AUG 30 PM 3: 50
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re:  BOWES, DANIEL L            Case No.  09-37523

Judge   RICHARD L SPEER

<u>REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE</u>

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Recovery Management Systems Corp for GE Money Bank, dba Lowes | 25 SE 2nd Ave, Ste 1120<br>Miami, FL  33131 | $2.80 |

Check #104 for $2.80 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Patti Baumgartner-Novak, Trustee

Dated:  8/27/10

cc: Office of the U.S. Trustee